In the Matter of METROPOLITAN SAND & GRAVEL CORP., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [110 No. Commercial St., Borough of Brooklyn.] — In a consolidated certiorari proceeding to review assessments for the years 1950–51 and 1951–52 on land owned by petitioner and the improvements thereon, the Special Term reduced the assessment for each year from $475,000 to $410,000. Both parties appeal from the final order. Final order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

∎

In the Matter of the Probate of the Will of JOSEPH SERTEK, Deceased. FRANK BEAMAN, Respondent; OLGA SATEK et al., Appellants.— In a proceeding for probate of a purported will, order of the Surrogate's Court of the County of Nassau adjudging that the decedent was a resident of the county of Nassau at the time of his death and that the said court has jurisdiction of the proceeding affirmed, with $10 costs and disbursements to respondent, payable by appellants personally. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

∎

KNOCKLONG CORP., Appellant, v. GERTRUDE THOMAS et al., Defendants, and LELAND PURDY, Respondent. KNOCKLONG CORP., Appellant, v. ELIZABETH DOWNS et al., Defendants, and LELAND PURDY, Respondent.— Plaintiff appeals from an order of the County Court, Nassau County, canceling, vacating and setting aside two judgments of said court, one of which was entered in each of the above-entitled actions. Plaintiff also appeals from an order granting reargument and adhering to the original determination. In each action, the respondent was served by publication, and the order vacating the judgments was made on the ground that such service was defective. Order on reargument affirmed, with $10 costs and disbursements. No opinion. Appeal from original order dismissed, without costs. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

∎

CECELIA OWENS, Appellant, v. ULYS OWENS, Respondent.— In an action for separation on the grounds of cruel and inhuman treatment and abandonment, judgment dismissing the complaint reversed on the law, without costs, and action remitted to Special Term for a proper decision pursuant to section 440 of the Civil Practice Act. The finding of the trial court that " plaintiff has failed by a fair preponderance of the credible proof to establish her cause of action " is insufficient to enable us to determine what facts the court deemed essential, or the allegations of the complaint as to which it concluded that plaintiff has not sustained the burden of proof. (Mario v. De Oteris, 275 App. Div. 790; Hartman v. Hartman, 279 App. Div. 606; Williams v. Williams, 281 App. Div. 691.) Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.